as Trustee, etc.— Motion granted, and the time of the defendants to make and file the case on appeal is extended to and including the 20th day of December, 1922. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

LENT & GRAFF COMPANY v. LOUIS SATENSTEIN, Individually, etc., and Others. — Motions denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

GEORGE P. BAKALAS, Respondent, v. SOCRATES MOSCAHLADES, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

SIDNEY K. SIMON, Respondent, v. THE MCCONNELL PRINTING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE ASTORIA LIGHT, HEAT AND POWER COMPANY, Appellant, v. JACOB A. CANTOR and Others, Constituting the Board of Taxes and Assessments of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements, on opinion of Lydon, J., at Special Term. [Reported in 114 Misc. Rep. 419.] Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

In the Matter of JANE MONCRIEF, Deceased.— Decree affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL MANKO, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN GROSS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

ISAAC OZDOBA and Another, Respondents, v. PAUL GERLI & Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

MOE MEHLMAN, Appellant, v. SAMUEL SCHLEIMER, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

MOE GOODSTEIN, Appellant, v. SAMUEL SCHLEIMER, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

ANTON T. LAURITZEN, Appellant, v. BERNARD J. MCCANN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

JOHN CURRY, an Infant, by FRANK CURRY, His Guardian ad Litem, Respondent, v. WATSON CONTRACTING COMPANY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

FRANK CURRY, Respondent, v. WATSON CONTRACTING COMPANY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

ELIZABETH ATKINSON CLEARY and Another, Respondents, v. ANAIS C. BLISS,